UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
JANINE GRUETZMACHER,                )
                                    )
                Plaintiff,              )    Case No. C21-1629RSL
     v.                             )
                                    )    ORDER TO SHOW CAUSE
THOMPSON MOTORSPORTS, INC.,         )
                                    )
                Defendant.             )
_____)

        On January 5, 2022, the Court issued an order requiring the parties to file a Joint Status Report by February 2, 2022.  No such report has been filed and the parties have not sought or obtained an extension of time in which to make the required submission.  The parties shall, no later than Friday, February 18, 2022, file their Joint Status Report and show cause to the Court why sanctions including dismissal should not be imposed for their failure to comply with the Order of January 5, 2022.  The Clerk is directed to place this Order to Show Cause on the Court's calendar for February 18, 2022.

        DATED this 4th day of February 2022.

                                                            Robert S. Lasnik
                                                            United States District Judge

ORDER TO SHOW CAUSE